IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| 2:17-cv-0783 | 2:22-cv-0009 | 2:22-cv-2369 |
| 2:19-cv-1041 | 2:22-cv-0092 | 2:22-cv-2378 |
| 2:20-cv-6403 | 2:22-cv-0492 | 2:22-cv-2635 |
| 2:21-cv-1460 | 2:22-cv-1665 | 2:22-cv-2670 |
| 2:21-cv-2129 | 2:22-cv-1837 | 2:22-cv-2820 |
| 2:21-cv-3644 | 2:22-cv-1960 | 2:22-cv-2903 |
| 2:21-cv-4134 | 2:22-cv-2029 | 2:22-cv-2912 |
| 2:21-cv-4588 | 2:22-cv-2073 | 2:22-cv-3118 |
| 2:21-cv-4675 | 2:22-cv-2100 | |
| 2:21-cv-4896 | 2:22-cv-2108 | |
| 2:21-cv-5049 | 2:22-cv-2139 | |
| 2:21-cv-5867 | 2:22-cv-2204 | |
| 2:21-cv-5915 | 2:22-cv-2328 | |

## **NOTICE**

**In light of the COVID-19 pandemic, the parties and mediators are ENCOURAGED to attempt mediation via telephone or videoconference.**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **January 2023**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm on December 1, 2022** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio